**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TORRANCE ALWIN JACKO, Sr. and LISA JACKO, | No. 11-71461 |
| Petitioners - Appellants, | Tax Ct. No. 4599-10 |
| v. | MEMORANDUM[*] |
| COMMISSIONER OF INTERNAL REVENUE, | |
| Respondent - Appellee. | |

Appeal from a Decision of the
United States Tax Court

Submitted June 26, 2012[**]

Before:     SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Torrance Alwin Jacko, Sr., and Lisa Jacko appeal pro se from the Tax

Court's decision following a bench trial upholding the Commissioner of Internal

Revenue's deficiency and additions for tax year 2004.  We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

26 U.S.C. § 7482(a). We review de novo the Tax Court's legal conclusions, and for clear error its factual findings. *Johanson v. Comm'r*, 541 F.3d 973, 976 (9th Cir. 2008). We affirm.

The Tax Court properly upheld the tax deficiency because the Jackos did not submit any evidence substantiating their claimed deductions. *See Norgaard v. Comm'r*, 939 F.2d 874, 877 (9th Cir. 1991) (the taxpayer carries the burden of establishing entitlement to a deduction).

We do not consider the documents attached to the Jackos' opening brief that were not part of the record below. *See Tonry v. Sec. Experts, Inc.*, 20 F.3d 967, 974 (9th Cir. 1994) ("[It is a] basic tenet of appellate jurisprudence . . . that parties may not unilaterally supplement the record on appeal with evidence not reviewed by the court below.").

**AFFIRMED.**